**Order entered September 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00866-CV

## IN RE COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY, L.P. D/B/A MEDICAL CENTER ARLINGTON, Relator

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06294-C**

## ORDER
Before Justices Bridges, Lang-Miers, and Myers

In accordance with the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. Subject to any agreement between the parties, we **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
        JUSTICE